15



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Terrence D. Williams (Book Author)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Warner Bros, Rat- Pack Dune, Cruel & Unusual Films. Inc, Atlas Entertainment

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:5:17-cv-13841
Judge: O'Meara, John Corbett
MJ: Patti, Anthony P.
Filed: 11-27-2017 At 01:45 PM
CMP WILLIAMS V. WARNER BROS ET AL (NA)

Jury Trial: ☐ Yes ☑ No
*(check one)*

# Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terrence D Williams |
| Street Address | 5500 Trumbull Ave Apt 816 |
| City and County | Detroit & Wayne |
| State and Zip Code | Michigan & 48208 |
| Telephone Number | 313-970-7652 |
| E-mail Address | akhenoton777@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kevin Tsujihara |
| Job or Title (if known) | Chairman and CEO of Warner Bros |
| Street Address | 4000 Warner Blvd |
| City and County | Burbank & Los Angeles County |
| State and Zip Code | California & 91522 |
| Telephone Number | 818.954.3000 |
| E-mail Address (if known) | wbsf@warnerbros.com |

Defendant No. 2

| | |
|---|---|
| Name | Brett Ratner |
| Job or Title (if known) | Owner of Rat- Pack Dune |
| Street Address | 4000 Warner Blvd |
| City and County | Burbank & Los Angeles County |
| State and Zip Code | California & 91522 |
| Telephone Number | (818) 954-1851 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Zack Snyder |
| Job or Title (if known) | Owner of CRUEL AND UNUSUAL FILMS, INC. |
| Street Address | 1880 CENTURY PARK EAST, SUITE 1600 |
| City and County | Los Angeles & Los Angeles County |
| State and Zip Code | California & 90067 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Bruce David Klein |
| Job or Title (if known) | Owner of Atlas Entertainment |
| Street Address | 9200 W Sunset Blvd # 10 |
| City and County | Los Angeles & Los Angeles County |
| State and Zip Code | California & 900693601 |
| Telephone Number | 310-786-4900 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual
The plaintiff, *(name)* Terrence D Williams ______________________,
is a citizen of the State of *(name)* Michigan ______________.

b. If the plaintiff is a corporation
The plaintiff, *(name)* ________________________________________,
is incorporated under the laws of the State of *(name)*
______________________, and has its principal place of business in the
State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual
The defendant, *(name)* ______________________, is a citizen of the
State of *(name)* ______________________. *Or* is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation
The defendant, *(name)* Warner Bros, et al., ________, is incorporated
under the laws of the State of *(name)* California ______________, and
has its principal place of business in the State of *(name)*
California ______________. *Or* is incorporated under the laws of
*(foreign nation)* ______________________, and has its principal place
of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am the Intellectual Property Owner of Victor Stone or Cyborg & Barry Allen depicted in the 11-16-17 Justice league Movie which are part of my Original Work Teen Titans from my Book Project Stargate which is under a Copyright.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Plaintiff Terrence Williams brings this Punitive Lawsuit against the Defendants to address Previous and Future Grievances concerning Intellectual Property Theft by the Defendants. And to procure the necessary Monies owed due to Current/Future Infringements that were done while depriving me of the Control, Monetary Capital and Livelihood that usually accompanies being a Famous and Prolific Author.

I Claim the Following as the Basis of this Dispute:

#1 The Cyborg Character is an Original Works and are currently under my Copyright and the even more restrictive License Agreement/Contract (or L/C) therein/its Prescription for Illegal Intellectual Property theft explained therein which carries the strength of my monetary demands demanded here.

#2 They illegally used my Original Copyrighted Material to Bolster their Production Quality, Boost their Audience Attendance, and use the Popularity of my Novellas increase their Own Appeal, Profits, Earnings & Portfolio without Paying Me the Owner of the Works, signing a Mutual Agreement, Giving me Credit or Paying other required fees such as Royalties.

#3 Cyborg of The Teen Titans is depicted/acted and reproduced under his original name using some of my Original Story Developments & Story Arcs.

4# All Titles were originally Published under my Name or a Pseudonym the Full Metaled Alchemist and were Illegally Amassed by the Defendants during harsh times when I had no control over my life and could not stop their earlier exploitation of those works. That period being from my Childhood in the Eighties when I originally published it up until Current Times.

#5 None My Characters where released with my Permission and I am demanding money based upon their standing Legal Obligations in the License Agreement and my Copyright.

#6 Online sources cite a division called DC Films as one of the producers of this film. I having determined DC Films to be nothing more than a Sibling Division of Warner Bros Pictures in the same building no less I have lodged this complaint at WBP as they are the Parental Division.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

First off my books License/Contract both support and protect the demands which are made herein and are the basis for the amounts stated and should not be seen to overshadow the Judges decision about this case in anyway but might be seen as added damages owing to agreement made between me and the defendants or L/C Rules and Regulations. I also demand that the Court and Defendant understand that I reserve the right to seek further damages if I deem it necessary between now and next year under the L/C on any point laid out in those pages therein or even apply the rule therein & seek further damages against them or any of their Partners either at Another Date. I am seeking the typical amount in damages for Copyright Theft but also for the Court to look into possible Antitrust charges and my L/C has extra punitive measure for these Defendants for their illegal actions and $14 million each from all listed parties for the use of the two characters. Brett Ratners Rat- Pack Dune logo/name came from my book as logo for my film company so I want another $8 Million and a permanent injunction against any further usage. And a permanent injunction against Warner Bros for using Teen Titans character in any and all media (all commercials/promotional or publications) connected directly to this film or any current displays or sales connected to it and I must also receive half of all ticket sales and any Home DISTRO (DVD/Cable/Online) be banned/stalled/destroyed/recalled upon my win.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-17______________, 2017__.

Signature of Plaintiff ______________________________

Printed Name of Plaintiff Terrence D. Williams______________________

**Additional Information:**

Through this litigation and asking the court to grant the above cost be paid in full and stop the illegal use of this featured product in the future without my expressed written permission and fees, royalties, etc. To grant a permanent injunction preventing them from any future fraudulent acts. Subject all authentically infringing counterfeits to forfeiture by recalls and destruction for the foreseeable future.

• They are Legally Bound My Books License Agreement L/C which has bylines regarding the Enforceable Fines for Intellectual Property theft based on a Agreement that was established by Accessing and using materials therein Legally or Illegally.

• As per the section of the Licensing Agreement bound to the pages of my book to which they are legally bound to give me Created By Credits in the beginning of the film but they don't. And the same regarding the name of the actual book somewhere in these productions but along with required Payments they refuse to follow these rules and instead Counterfeit. And added to that they merchandise memorabilia that really should be my prerogative to gain profits from and they never have shared these profits with me instead the steadily sell them every you can imagine and keep the profits for themselves.

• They illegally give creators credits to some producer, writer etc as creators which is forbidden in the bylines of my L/C which support my claims in case of any lacking in one the other could replace it or help me overcome legal challenges.

• The producer or publication company has infringed on my ability to produce this work or possibly even properly sell or resell the rights to this work by their poor or unauthorized production of their version of this work.

• The Judge & the Defendants must acknowledge the strength and message of my L/C and must agree that this case is governed by the rules or demands cited by me through the agency of the License Agreement/Standard Style Contract that was published alongside with my book. Even though Defendants did not sign a contract with me they still are bound to what the Publishing Industry calls a A Shrink Wrap license or Law therein (sometimes called a EULA) /Contract that is published and displayed clearly in plain English demanding that illegal use of anything any will incite harsh rules and penalties even more damaging or adding to Regular Court Penalties which they agree to. Once the book buyer purchased or accessed a copy of the book (or even opens it up or reads it), the L/C is considered to be in effect. The rules for Intellectual Property Theft were explained thereby. And must understand that this case is also by Governed by the books L/C, Standard Style Contract or the Laws of the State of Michigan alone and not foreign interests or laws as duly explained in the pages which were printed in the book and contained in an exhaustive explanation of the rules and regulations to the use of any material therein.• They must cease producing and broadcasting and publicly acknowledging their illegal movie interpretations as mentioned in the Exhibits forever. Judge: And also that I being not having a copy of my publication by nefarious means I have to make use of copies from celebrities who have made contact with me and agreed to help me put this behavior to an end. This might require the use of a Skip Tracer and or Court Filing service which I will use to issue Subpoena to certain Witnesses/Project Stargate copyholders I believe will bring these facts to life and end their routine of tyranny for good.

# Exhibit
# A

RATPAC DUNE
ENTERTAINMENT

The Logos I Created for myself but Brett Ratner illegally coped as an idea for themselves for my film company and as an homage to my favorite things of all time The Rat Pack (Frank Sinatra, and Sammy Davis, etc) 1980's movie Dune.

# Clerks Copy

Message to Judge & County Clerk,

Please sign or sing and seal the included subpoenas as this is crucial to winning my case. There will be a problem establishing my case otherwise because the United States Copyright Office seems to have a hard time processing my registration number or other facts from the publication of my book. I hope that you are now fully aware and informed on this matter and in turn will be a valuable asset to prove my case. I this can not be accomplished then I will need the Judges permission to use a Court Service to complete this process.

Terrence Williams,

5500 Trumbull Ave Apt 816,

Detroit, Mi 48208

# CIVIL COVER SHEET

County in which action arose: Wayne

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Terrence D Williams

**(b)** County of Residence of First Listed Plaintiff Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Case:5:17-cv-13841
Judge: O'Meara, John Corbett
MJ: Patti, Anthony P.
Filed: 11-27-2017 At 01:45 PM
CMP WILLIAMS V. WARNER BROS ET AL (NA)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ■ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ■ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ■ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding ■ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
820 Copyright
Brief description of cause:
I denied use of the Various Products from my in their film and they are currently using them in fim animation and toys and games illegally

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE DOCKET NUMBER

DATE SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

- [x] Yes
- [ ] No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

- [ ] Yes
- [x] No

If yes, give the following information:

Court: U.S. District Court Eastern District of Michigan

Case No.: ______________________________

Judge: ______________________________

Notes :


Handle with Care / Fragile
United States District Court
Office of the Clerk
231 W LAFAYETTE BLVD
5th Floor
DETROIT MI 48226
(US)
FedEx
G
7885 5241 1978
9622 0019 0 (000 000 0000) 0 00 7885 5241 1978
48226
RECEIVED
NOV 27 2017
CLERK'S OFFICE
DETROIT
211-3520

www.polyair.com

KRAFT BUBBLE MAILER