**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

TERRENCE D. WILLIAMS,

Plaintiff,

v. Case No. 17-13841

WARNER BROTHERS, et al.,

Defendants.

__________________________________/

**OPINION AND ORDER SUMMARILY DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE AND DENYING PENDING MOTIONS AS MOOT**

Plaintiff Terrence D. Williams claims that he is the creator and copyright owner of the Cyborg Character. As near as the court can tell, Plaintiff complains that Defendants—various media professionals and companies—have improperly used his copyrighted material for their own benefit. (Dkt. #1.) Plaintiff, proceeding pro se, alleges each Defendant owes him $14 million in damages, and he is seeking an additional $8 million and a "permanent injunction against any further usage." (Dkt. #1 Pg. ID 6.) Simultaneous with the filing of his complaint, Plaintiff submitted an application to proceed without prepaying fees or costs. (Dkt. #2.) The court denied the motion, noting that Plaintiff disclosed a checking or savings account balance of over $10,000. (Dkt. #7.) It ordered Plaintiff to correct the deficiency—that is, to pay the $400 filing fee—within two weeks, by April 13, 2018. Plaintiff has still not paid the required filing fee, and the court will therefore summarily dismiss his complaint without prejudice and deny his pending motions as moot.

Federal Rule of Civil Procedure 41(b) gives the district court power to dismiss a complaint where "the plaintiff fails to prosecute or to comply with [the Federal Rules] or a court order." The rule acts as a tool by which the court can "effect management of its docket and avoidance of unnecessary burdens on the tax-supported courts and opposing parties." *Knoll v. Am. Tel. & Tel. Co.*, 176 F.3d 359, 363 (6th Cir. 1999) (internal quotation and alteration omitted). Whether to dismiss under Rule 41(b) is within the sound discretion of the district court. *Gravitt v. Tyszkiewicz*, 14 F. App'x 348, 349 (6th Cir. 2001).

Here, Plaintiff has failed to comply with the court's order that he pay the required filing fee by April 13, 2018. The court's order denying Plaintiff's application to proceed without prepaying fees or costs included a caution that "[f]ailure to pay the filing fee by [the] deadline may result in dismissal of the complaint." (Dkt. #7 Pg. ID 32.) Plaintiff has not complied with the court's order, and his complaint is therefore properly dismissed. Plaintiff also has two pending motions. Both motions seem to ask the court to enforce Plaintiff's subpoenas against various third parties, including Governor Rick Snyder and Ellen DeGeneres. (Dkt. ##5, 8.) Both motions will be denied without prejudice as moot. Accordingly,

IT IS ORDERED that Plaintiff's Complaint (Dkt. #1) is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's pending motions (Dkt. ##5, 8) are DENIED WITHOUT PREJUDICE as moot.

s/Robert H. Cleland /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 20, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 20, 2018, by electronic and/or ordinary mail.

s/Lisa Wagner /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\17-13841.WILLIAMS.Dismiss.Failure.to.Prosecute.Filing.Fee.KNP.docx